ORDERED UNSEALED on 4/30/2025     s/ BreanneC

**~~SEALED~~**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER DAVID MILLER,<br><br>Defendant. | MAGISTRATE CASE NO.: 25-mj-02187<br><br>COMPLAINT FOR VIOLATIONS OF:<br>Title 18, U.S.C. § 2252(a)(2) – Attempted Receipt of Images of Minors Engaged in Sexually Explicit Conduct; 18 U.S.C. § 2252(a)(4)(B) – Possession of Images of Minors Engaged in Sexually Explicit Conduct |

The undersigned Complainant, being duly sworn, states:

Count 1

On or about April 7, 2025, within the Southern District of California, defendant Christopher David MILLER, did knowingly attempt to receive visual depictions, that is, digital and computer images, using any means and facility of interstate and foreign commerce, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

Count 2

From a time unknown through on or before April 9, 2025, within the Southern District of California, defendant Christopher David MILLER, did knowingly possess one and more matters, which contained visual depictions that had been shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and

foreign commerce, and which was produced using materials which had been mailed and so shipped and transported, by any means including by computer, the production of which involved the use of a prepubescent minor and a minor who had not attained 12 years of age engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct; in violation of Title 18, United States Code, Section 2252(a)(4)(B).

And the complainant states that this complaint is based on the attached Statement of Probable Cause incorporated herein by reference.

*Daniel P. Evans*
_____
Daniel P. Evans
Special Agent, FBI

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. Proc. 4.1 by telephone on this 28th day of April, 2025

*Allison H. Goddard*
_____
HONORABLE ALLISON H. GODDARD
United States Magistrate Judge

STATEMENT OF PROBABLE CAUSE

I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been so employed since April 2005. I am currently assigned to the Crimes Against Children Squad of the San Diego Field Office, where I primarily investigate crimes concerning child exploitation and the receipt, possession, production, advertisement, and transmission of child pornography. This complaint is based on my own investigation as well as information received from fellow FBI agents and other law enforcement officers.

Between February 2024 and April 2025, the FBI reviewed logs of internet users who were attempting to obtain child pornography files through a peer-to-peer file sharing platform. Among those users was an individual using several different IP addresses[1] which were further investigated.

Pursuant to several Department of Justice Administrative Subpoenas, Internet Service Providers (ISPs) provided subscriber information for the IP addresses. Records indicated the IP addresses were assigned to four different residences where Christopher David MILLER had lived, all of which are in San Diego County, within the Southern District of California.

On April 3, 2025, a federal search warrant for MILLER's residence was obtained for evidence of violations of 18 U.S.C. §§ 2252 and 2252A. Before the search warrant was executed, on April 7, 2025, the FBI reviewed logs for the IP address for MILLER's residence. The logs from the peer-to-peer file sharing platform showed this particular IP address had attempted to obtain child pornography videos on April 5, 2025. Among the files were the following videos:

- A video depicting an adult male's penis being inserted into the vagina of a nude prepubescent female.

---

[1] IP address, or Internet Protocol address, refers to a unique number used by a computer or other digital device to access the Internet. IP addresses can be "dynamic," meaning that the internet service provider ("ISP") assigns a different unique number to a computer every time it accesses the Internet. IP addresses might also be "static," if an ISP assigns a user's computer a particular IP address that is used each time the computer accesses the Internet.

- A 34-minute videos showing an adult male sexually abusing a nude female toddler. This video depicts digital penetration, vaginal penetration with the penis, anal penetration, masturbation, and oral copulation.
- A video of an adult male inserting his penis into the vagina and anus of a nude prepubescent female.

On April 9, 2025, FBI agents and members of the San Diego Internet Crimes Against Children (SDICAC) task force executed the warrant at MILLER's residence. MILLER was present during the execution of the search warrant.

During the execution of the search warrant, MILLER was advised of his *Miranda* rights. After being advised of his rights, MILLER agreed to waive those rights and speak with agents. During the interview, MILLER admitted to owning and using a desktop computer located inside the residence. He also admitted to obtaining child pornography files using the same peer-to-peer platform that led agents to obtain the warrant.

Following the execution of the search warrant, the electronic media seized from MILLER's residence was forensically reviewed. The results revealed over 3,500 images and over 900 videos of child pornography, including sexually explicit acts involving prepubescent minors, or child erotica, on a black desktop computer seized from MILLER'S residence. Among the files identified on the media were the following:

- **2017-11 To monsterseven (02).mp4:** This video depicts an adult male penetrating a prepubescent female's vagina and ejaculating inside of her.
- **6yo_latina_fucked_both_ways.mp4**: This video depicts an adult male penetrating a prepubescent female's vagina and anus.
- **444.mp4**: This video depicts a nude prepubescent female stepping out of the shower and performing oral sex on an adult male.
- **CUM MOUTH – Copia.mp4**: This video depicts an adult male inserting his penis into a prepubescent female's mouth and ejaculating inside of her.

The media computer from MILLER's residence and/or parts of these devices were not manufactured within the state of California and must have traveled in interstate or

foreign commerce to be found therein. Further, based upon my training and experience, I know that use of the peer-to-peer software program to receive and/or distribute images requires the use of the internet, which is a means and facility of interstate commerce.

## REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact of this continuing investigation.